IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00798-ZLW-BNB

JASPER DEVELOPMENT, LLC, f/k/a THE PARADIGM HEALTH
CLUB, LLC,
MIA JASPER, and
ROBERT E. JASPER,

    Plaintiffs,

v.

LAKESHORE BROOMFIELD REALTY, LLC,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: July __14__, 2005

    It is ORDERED that the Court reserves ruling on Plaintiffs' Motion For Costs Pursuant To Federal Rule Of Civil Procedure 4(d) until after the case is resolved by trial or settlement, or until entry of judgment. <u>See</u> Fed. R. Civ. P. 54.