IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00798-ZLW-BNB

JASPER DEVELOPMENT, LLC. f/k/a THE PARADIGM
HEALTH CLUB, LLC,
MIA JASPER, and
ROBERT E. JASPER,

      Plaintiffs

v.

LAKESHORE BROOMFIELD REALTY, LLC,

      Defendant.

_____

## ORDER

_____

      This matter was before the Court on January 25, 2006, for oral argument on

Plaintiffs' Motion For Judgment On The Pleadings With Respect To Interpretation Of

The Parties' Purchase Agreement.  The Court heard the arguments and statements of

counsel, and made oral conclusions of law which are incorporated herein by reference

as if fully set forth.  Accordingly, it is

      ORDERED that Plaintiffs' Motion For Judgment On The Pleadings With Respect

To Interpretation Of The Parties' Purchase Agreement (Doc. # 23), which the Court

treats as a motion in limine or a motion for partial summary judgment, is granted.  It is

FURTHER ORDERED that "Development Costs," as defined at § 2.2(a) of the Purchase Agreement, means, as a matter of law, the costs incurred by Defendant in completing construction of the Athletic Club in accordance with the first set of construction plans approved by the City of Broomfield Colorado in connection with the building permit that was issued to Defendant.  "Development Costs" does not mean the cost to construct the Athletic Club based on the plans that were in existence at the time that the parties executed the Development Purchase Agreement.

DATED at Denver, Colorado, this  27 , day of January, 2006.

BY THE COURT:


ZITA L. WEINSHIENK,  Senior Judge
United States District Court