IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00798-ZLW-BNB

JASPER DEVELOPMENT, LLC, f/k/a THE PARADIGM HEALTH CLUB, LLC,
MIA JASPER, and
ROBERT E. JASPER,

Plaintiffs,

v.

LAKESHORE BROOMFIELD REALTY, LLC,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Stipulated Motion to Amend the Scheduling Order to Extend the Discovery Cut-Off Date** (the "Motion"), filed on March 1, 2006.

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **March 3, 2006**.

DATED: March 2, 2006.