IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00798-ZLW-BNB

JASPER DEVELOPMENT, LLC, f/k/a THE PARADIGM HEALTH
CLUB, LLC,
MIA JASPER, and
ROBERT E. JASPER,

    Plaintiffs,

v.

LAKESHORE BROOMFIELD REALTY, LLC,

    Defendant.

---

### MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: March    27   , 2006


    For purposes of Court docket management, it is ORDERED that Plaintiffs' Motion For Costs Pursuant To Federal Rule Of Civil Procedure 4(d) (Doc. No. 4) is denied without prejudice.  Plaintiffs may renew the motion after the case is resolved by trial or settlement, or after entry of judgment.