IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-CV-798-ZLW-BNB

JASPER DEVELOPMENT, LLC, f/k/a THE PARADIGM HEALTH CLUB, LLC,
MIA JASPER, and
ROBERT E. JASPER,

      Plaintiffs,

v.

LAKESHORE BROOMFIELD REALTY, LLC,

      Defendant.

## ORDER

At the request of the district judge:

IT IS ORDERED that the final pretrial conference set for **June 12, 2006, at 8:30 a.m.**, is VACATED.

IT IS FURTHER ORDERED that in the event the case has not been dismissed, the parties shall file a status report on or before **August 1, 2006**, addressing what pretrial matters, if any, should be set.

Dated May 31, 2006.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge