IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00798-ZLW-BNB

JASPER DEVELOPMENT, LLC. f/k/a THE PARADIGM
HEALTH CLUB, LLC,
MIA JASPER, and
ROBERT E. JASPER,

    Plaintiffs

v.

LAKESHORE BROOMFIELD REALTY, LLC,

    Defendant.
_____

## ORDER

It is ORDERED that the Stipulated Motion To Amend Plaintiffs' Complaint To Dismiss Plaintiffs' Second Claim For Relief Without Prejudice Pursuant To Fed. R. Civ. P. 15(a) (Doc. No. 52) is granted.  It is

FURTHER ORDERED that the Second Claim For Relief is dismissed without prejudice.

DATED at Denver, Colorado, this __8__ day of June, 2006.

                      BY THE COURT:

                      _____
                      ZITA L. WEINSHIENK,  Senior Judge
                      United States District Court