IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00798-ZLW-BNB

JASPER DEVELOPMENT, LLC. f/k/a THE PARADIGM
HEALTH CLUB, LLC,
MIA JASPER, and
ROBERT E. JASPER,

    Plaintiffs

v.

LAKESHORE BROOMFIELD REALTY, LLC,

    Defendant.
_____

## ORDER

    The matter before the court is the Application Of Plaintiffs For Attorneys' Fees Pursuant To Fed. R. Civ. P. 54(d)(2) And Parties' Contract.  Defendant states in its June 28, 2006, response to the application that, reserving its rights of appeal concerning the Court's previous rulings, it does not object to the reasonableness of the claimed fees as set forth in Plaintiffs' application.  The Court finds that the hourly rates of counsel, the number of hours billed, and the total fees claimed by Plaintiffs are reasonable, and, therefore, pursuant to the attorneys' fees provision in the Form of Promissory Note incorporated by reference into the Development Purchase Agreement, it is

ORDERED that the Application Of Plaintiffs For Attorneys' Fees Pursuant To Fed. R. Civ. P. 54(d)(2) And Parties' Contract (Doc. No. 59) is granted. It is

FURTHER ORDERED that reasonable attorneys' fees are awarded to Plaintiffs in the amount of $210,705.75.[1]

DATED at Denver, Colorado, this __6__ day of July, 2006.

BY THE COURT:

*(signature)*

ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] Plaintiffs' request for a total of $210,755.75 appears to include a mathematical error; the fees billed total $210,705.75.