IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00798-ZLW-BNB

JASPER DEVELOPMENT, LLC. f/k/a THE PARADIGM
HEALTH CLUB, LLC,
MIA JASPER, and
ROBERT E. JASPER,

    Plaintiffs

v.

LAKESHORE BROOMFIELD REALTY, LLC,

    Defendant.
_____

## ORDER
_____

This matter came before the Court on the Stipulated Motion for Entry and Certification of Judgment Under Fed. R. Civ. P. 54(b) requesting entry of final judgment and certification of the following orders of this Court:  (1) January 27, 2006, order granting Plaintiffs' Motion For Judgment On The Pleadings With Respect To Interpretation Of The Parties' Purchase Agreement, which this Court treated as a motion in limine or a motion for partial summary judgment; (2) June 8, 2006, order granting Plaintiffs' Stipulated Motion To Amend Plaintiffs' Complaint To Dismiss Plaintiffs' Second Claim For Relief Without Prejudice Pursuant To Fed. R. Civ. P. 15(a); and (3) June 15, 2006, order granting Plaintiffs' Motion For Summary Judgment On The

First And Third Claims For Relief and denying Defendant's Motion for Partial Summary Judgment.

The Court expressly determines that there is no just reason for delay in entering judgment in this matter and expressly directs the entry of judgment under Fed. R. Civ. P. 54(b). The foregoing orders of this Court may now be subject to appeal. Accordingly, it is

ORDERED that the Court's orders dated January 27, 2006; June 8, 2006; and June 15, 2006, are hereby entered as a final judgment under Fed. R. Civ. P. 54(b).

Dated at Denver, Colorado, this   26   day of July, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court